IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAWN LOCKHART, JR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:25-cv-81 (MTT) |
| | ) |
| GEORGIA DEPARTMENT OF | ) |
| CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Shawn Lockhart, Jr., a prisoner at Wilcox State Prison, filed a pro se complaint under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), alleging that the Georgia Department of Corrections ("GDC") and various prison officials violated his religious and due process rights.[1]  Doc. 1.  Lockhart also filed a motion for a preliminary injunction and temporary restraining order to address these alleged violations.  Doc. 2.  He asks that the Court order the approval of certain religious requests, allow him to grow his hair without interference, and prevent his transfer to another prison without court approval.  *Id.*  United States Magistrate Judge Amelia G. Helmick recommends that Lockhart's claims be allowed to proceed for further factual development pursuant to 28 U.S.C. § 1915A(a).  Doc. 5.  She also recommends denying Lockhart's motion for preliminary injunctive relief.  *Id.*

---

[1] Lockhart claims these violations occurred during his incarceration at Autry State Prison, Wilcox State Prison, and within the GDC generally.

There are no objections.[2]  Accordingly, the Court reviews the Recommendation for clear error pursuant to 28 U.S.C. § 636(b)(1).  After review, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 5) is **ADOPTED** and made the Order of the Court.  Lockhart's motion for preliminary injunctive relief (Doc. 2) is **DENIED**.

**SO ORDERED**, this 28th day of August, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[2] On August 14, 2025, Lockhart requested an extension to secure service upon the defendants because he had not received a Rule 4 Service Package, despite being served with a copy of the Magistrate Judge's Order and Recommendation (Doc. 5) on August 5, 2025.  Doc. 6 at 1; *compare* Doc. 5 at 15 ("The Court is providing Plaintiff with a Rule 4 Service Package …").  He did not request an extension of time to object to the Report and Recommendation.